IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENNIE DAVID GUY,                                                                  PLAINTIFF
ADC #72720

V.                                 No. 4:12-cv-481 KGB

LISA CALHOUN CHANNELL,
DNA Examiner, Arkansas State Crime Lab, et al.               DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of defendants on all claims. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 10th day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge